CITY OF EAST LIVERPOOL, APPELLANT, *v.* COLUMBIANA
COUNTY BUDGET COMMISSION ET AL., APPELLEES.

[Cite as *E. Liverpool v. Columbiana Cty. Budget
Comm.* (1999), 86 Ohio St.3d 317.]

(No. 98–1857—Submitted July 28, 1999—Decided September 8, 1999.)

*John R. Varanese,* for appellant.

*Robert L. Herron,* Columbiana County Prosecuting Attorney, and *Andrew A. Beech,* Assistant Prosecuting Attorney, for appellee Columbiana County Budget Commission.

*Alfred E. Schrader* and *Scot A. Stevenson,* for appellees Columbiana County Townships.

---

**Per Curiam.** We reverse this decision on the authority of *Lancaster v. Fairfield Cty. Budget Comm.* (1999), 86 Ohio St.3d 137, 712 N.E.2d 719.

*Decision reversed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.